# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-641 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| SHUNTAZE HARVEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on December 8, 2021. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Limbert reported that a supervised release violation hearing was held on December 9, 2021. The defendant admitted to the following violations:

    1. Alleged New Law Violation;
    2. Failure to Notify Probation Officer of Law Enforcement Contact ;
    3. Failure to Comply with Drug Testing.

The magistrate judge filed a report and recommendation on December 9, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violations numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on October 1, 2021. Present were the following: Assistant U.S. Attorney Jason Katz, representing the United States; Attorney Ross Smith, representing the defendant; the defendant Shuntaze Harvey; and United States Probation Officer Katelyn Keck.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 10 months with credit for time served. The Court recommends that the defendant be placed at a facility as close to Cleveland, Ohio as possible, so that he can be as close to his family as possible.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of 5 years under the same terms and conditions originally imposed.

**IT IS SO ORDERED**.

Dated: December 21, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**