# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-641 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| SHUNTAZE HARVEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A final supervised release violation hearing was conducted on September 13, 2023, on a Superseding Violation Report[1] filed by the United States Probation Office on September 5, 2023. Defendant Harvey was present and represented by Attorney Alvaro DeCola. The United States was represented by Assistant United States Attorney Jason Katz. United States Probation Officer Katelyn Keck also participated in the hearing. The alleged violations were as follows:

1. Failure to Comply with Drug and Alcohol Testing,
2. Failure to Comply with Probation Officer Instruction, and
3. Alcohol Use.

The defendant waived his evidentiary hearing and admitted to violation numbers 1 – 3 of the Superseding Violation Report. The Court found the defendant in violation of his supervised release in violation numbers 1 – 3 for the reasons stated on the record in open court and proceeded to pronounce sentence.

---

[1] Magistrate Judge Henderson conducted a supervised release violation hearing on August 21, 2023 and issued a report and recommendation. No objections to the report and recommendation were filed. But because a superseding violation report adding a third violation was filed after the magistrate judge filed her report, and because defendant admitted to all three violations at the hearing today, the Court does not need to address the report and recommendation.

IT IS ORDERED that the defendant's term of supervised release is modified to add the following additional conditions:

**Location Monitoring Program.** You must be monitored by the form of location monitoring indicated below for a period of 6 months, to commence no later than 10 days from sentencing. You will be required to remain in your residence unless given permission in advance by the probation officer to be elsewhere. You may leave your residence to work and receive medical treatment and to attend religious services. You must consent to be monitored by location monitoring and must abide by all of the requirements established by the U.S. Pretrial Services & Probation Office related to the use of the location monitoring technology; and you must submit to random drug/alcohol tests as specified by the U.S. Pretrial Services & Probation Officer. You may participate in the Discretionary Leave under terms set by the U.S. Pretrial Services & Probation Officer. You must pay the costs of participation in the location monitoring program based on your ability to pay, as directed by the U.S. Pretrial Services & Probation Officer.

**Mental Health Treatment.** You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

All previously imposed terms and conditions of supervised release shall remain in effect.

**IT IS SO ORDERED**.

Dated: September 13, 2023

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**