# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-641 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| SHUNTAZE HARVEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on November 21, 2024.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on March 12, 2025. The defendant admitted to the following violation:

1. New Law Violation.

The magistrate judge filed a report and recommendation on March 13, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

---

[1] A supplemental report was filed on March 6, 2025, to provide an update as to the disposition of violation number 1 relative to the disposition of the new law violation in state court.

A final supervised release violation hearing was conducted on March 31, 2025. Present were the following: Assistant United States Attorney Jason Katz, representing the United States; Assistant Federal Public Defender Justin Roberts, representing the defendant; the defendant Shuntaze Harvey, and United States Probation Officers DiAndra Gibson and Alexander Lucas.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 12 months, with credit for time served to date. No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: March 31, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**